# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Stephen Compan
Attorney at Law, Bar No. 3044

Case No. 2:26-ms-00004-APG

**ORDER TRANSFERRING ATTORNEY
TO DISABILITY INACTIVE STATUS**

Attorney Stephen Compan, State Bar No. 3044, was transferred to disability inactive status by the Supreme Court of the State of Nevada on November 21, 2025. On February 24, 2026, I ordered Stephen Compan to show cause why this court should not impose a reciprocal order transferring him to disability inactive status. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Unclaimed-Unable to Forward." Regardless, the order provided Stephen Compan with 30 days to respond with reasons why he should not be transferred to disability inactive status. No response has been received. Failure to respond requires me to enter an order transferring Stephen Compan to disability inactive status. Local Rule IA 11-7(e)(4).

I THEREFORE ORDER that Stephen Compan, Bar No. 3044, is transferred to disability inactive status in United States District Court for the District of Nevada.

DATED this  23rd  day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th day of April, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Stephen Compan
P.O. Box 290341
Nashville, TN 37229

Certified Mail No.: 9589 0710 5270 1165 2466 82

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada